970

■ In the Matter of TRAPASSO OLDSMOBILE, INC., Respondent. ITALIAN SOCIETY OF M. S. CRISTOFORO COLOMBO, INC., Appellant.— Order affirmed, with costs. All concur. (Appeal from an order of Niagara Special Term granting an application of petitioner for confirmation of a lease by a membership corporation.) Present — McCurn, P. J., Vaughan, Kimball, Bastow and Goldman, JJ. [See 4 A D 2d 744.]

■ AIRWAY HOTEL, INC., Plaintiff, v. FRANK E. BARRY et al., Defendants. FRANK E. BARRY, Respondent, v. AIRWAY HOTEL, INC., Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Onondaga Special Term denying a motion by defendant in Action No. 2 for judgment on the pleadings dismissing plaintiff's complaint.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ DOROTHY E. PARKS, Respondent, v. NICK ANGELOFF et al., Appellants. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Monroe County Court for plaintiff in an action for damages for personal injuries alleged to have been sustained by plaintiff by reason of negligent condition of hallway in restaurant building. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY MENDOLA, Appellant.— Motion for reargument and other relief denied in all respects. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See ante, p. 811.]

■ WILLIAM C. SPEICH et al., Respondents, and CARL KUMPF, JR., Appellant, v. JAMES H. HEWITT, Appellant-Respondent, and CARL KUMPF, JR., Appellant.— Motion by James H. Hewitt for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See ante, p. 806.]

■ FLOYD KEENER, Appellant, v. J. WALTER SMITH, Individually and as Administrator of the Estate of BETTY M. SMITH, Deceased, et al., Respondents, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ. [See ante, p. 807.]

■ HAZEL FARNUM, Respondent, v. FREDA BLACKMAN, Appellant.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ. [See ante, p. 817.]

■ LUTHER FARNUM, Respondent, v. FREDA BLACKMAN, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ. [See ante, p. 817.]

■ EDGAR BUSHLEY et al., Respondents, v. ELEANOR SITAREK et al., Appellants.— Stay granted pending hearing and determination of appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CURLEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on handwritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERRY E. WILLIAMS, Appellant.— Motion to appeal on original papers and handwritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELDRIDGE DUKES, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.